UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 09-60284-CIV-GRAHAM

DERMWORX, INC.,

    Plaintiff,
v.

EUGENE R. COOPER,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Preliminary Injunction [D.E. 4].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 13]. After an evidentiary hearing, the Magistrate Judge issued a Report [D.E. 39] recommending that Plaintiff's motion be granted (the "Report"). Plaintiff and Defendant each filed objections. [See D.E. 42, 43.] Plaintiff also filed a response to Defendant's objection [D.E. 45].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. The Court finds that Plaintiff's objection [D.E. 42] (which Defendant does not dispute) warrants a correction to the Report. Defendant's objections, however, are meritless and overruled. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 39] is **AFFIRMED, ADOPTED AND RATIFIED** with the

following corrections: (a) Page 2, Par. 3, Line 1 is corrected to state "At the hearing, Defendant stipulated to executing a formal assignment of one of the applications to DermWorx"; and (b) Page 6, Note 1 is corrected to state "As previously stated, however, during the March 13, 2009 evidentiary hearing, Dr. Cooper agreed to assign to DermWorx his rights to the omadine CIP patent application."

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of June, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Edwin G. Torres
 Counsel of Record